September 21st 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

SEP 2 3 2015

CHRISTOPHER A. PRINE

CLERK

Mr. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas  77002-2066

Re: Case No. 01-15-00402-CR; Birshal D. Mitchell v. State of Texas

Dear Mr. Prine,

I am writing in regards to the above numbered and styled cause, and would ask how I might file a Brief with this Court if there is no Official Reporter's record as was indicated on the Court's white card that I received on 09/14/15.

The Texas Constitution clearly states in Article 1, Section 10, that I have a right to be heard, and the fact that I filed with the 337th Judicial District Court a Motion For Nunc Pro Tunc, which wasn't heard it seems by the Judge of the Court, but was in fact, denied by the Clerk of the Court, Chris Daniel.

I am only aware that I have a right to access to the Courts, yet it would seem that the Court has someone in the Clerk's Office that screens incoming Motions and other paperwork to determine what will be filed and what won't be filed. As in this case, my Motion For Nunc Pro Tunc.

All I am requesting from this Honorable Court is for them to order the 337th Judicial District Court to do what is required by Law, to give a "Fair & Impartial Hearing" to my legalwork.

I know that the Clerk of the Court for the 1st District of Texas cannot give legal advice, but I am giving notice by this letter that without the record, I cannot properly file a Brief in this matter, and that is on the 337th District Court.

Sincerely,

Birshal Mitchell

Birshal D. Mitchell, TDCJ-CID #630503
McConnell Unit
3001 South Emily Drive
Beeville, Texas  78102

Birshal Dion Mitchell
TDCJ-CID #630503
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 SEP 2015 PM 3 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 23 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

Mr. Christopher A. Prine, Clerk of the Court
First District of Texas Court of Appeals
310 Fannin Street
Houston, Texas 77002-2066

77002204110